UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Criminal No. 10-cr-62-01-JL

<u>Michael Purdie</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 10 ) filed by defendant is granted, although the court reminds counsel of the deadline for continuance motions, and expects counsel to comply with it.  Final Pretrial is rescheduled to September 22, 2010 at 09:30; Trial is continued to the two-week period beginning October 5, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                /s/ Joseph N. Laplante
                                                Joseph N. Laplante
                                                United States District Judge

Date:  July 21, 2010

cc:  Bjorn Lange, AFD
     Terry L. Ollila, AUSA
     U.S. Marshal
     U.S. Probation