UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 10-cr-62-01-JL

<u>Michael Purdie</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 14 ) filed by defendant is granted.  No further continuances without a hearing.  Final Pretrial is rescheduled to November 17, 2010 at 10:00 a.m.  Trial is continued to the two-week period beginning December 1, 2010, 9:30 a.m.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               /s/ Joseph N. Laplante
               Joseph N. Laplante
               United States District Judge

Date:  September 16, 2010

cc:  Terry L. Ollila, Esq.
  Bjorn R. Lange, Esq.
  U.S. Marshal
  U.S. Probation