UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 10-cr-62-01-JL

<u>Michael Purdie</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted in part, the continuance is limited to 30 days. Final Pretrial is rescheduled to December 20, 2010 at 10:30 AM; Trial is continued to the two-week period beginning January 4, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: November 17, 2010

cc: Bjorn Lange, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation