UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Criminal No. 10-cr-62-01-JL

<u>Michael Purdie</u>

<u>O R D E R</u>

      The assented to motion to reschedule jury trial (document no. 20 ) filed by defendant is granted; Final Pretrial is rescheduled to March 14, 2011 at 12:00pm; Trial is continued to the two-week period beginning March 22, 2011, 09:30 am. The Court recommends that defendant be placed in the Therapeutic Community Program at Strafford County House of Corrections.

      Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion and stated at he hearing by defense counsel and the Court.

      SO ORDERED.

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Date:  January 3, 2011

cc:  Terry Ollila, AUSA
     Bjorn Lange, AFD
     U.S. Marshal
     U.S. Probation