UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-62-01-JL

<u>Michael Purdie</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 24 ) filed by defendant is granted; Final Pretrial is rescheduled to 5/26/11 at 2:00pm; Trial is continued to the two-week period beginning 6/7/11, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _/s/ Joe Laplante_
                                              Joseph N. Laplante
                                              United States District Judge

Date:  March 9, 2011

cc:   Bjorn R. Lange, AFD
       Terry L. Ollila, AUSA
       U.S. Marshal
       U.S. Probation